CHRISTOPHER HALLING, Appellant, v STATE OF NEW YORK, Respondent. [890 NYS2d 837]—

Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Gorski, JJ.

TERRANCE D. GREENE et al., Respondents, v AVOCA CENTRAL SCHOOL DISTRICT, Appellant. [890 NYS2d 837]—

Present—Hurlbutt, J.P., Fahey, Peradotto, Green and Gorski, JJ.